1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**

9               **CENTRAL DISTRICT OF CALIFORNIA**

10

11   SHANTAE ANTHONY,                    Case No. EDCV 13-1658 SS

12              Plaintiff,
                                         **JUDGMENT**
13       v.

14   CAROLYN W. COLVIN, Commissioner
     of the Social Security
15   Administration,

16              Defendant.

17

18

19

20       IT IS ADJUDGED that the decision of the Commissioner is

21   REVERSED and that the above-captioned action is REMANDED for

22   further proceedings consistent with this Court's Memorandum

23   Decision and Order.

24

25   DATED:  July 31, 2014

26                              _____
                                        /S/
27                              SUZANNE H. SEGAL
                                UNITED STATES MAGISTRATE JUDGE

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28